FILED'09 NOV 12 14:49USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

NANCY FIELDS,

**Plaintiff,**

v.                                                          **Civil No. 08-6041-TC**

TOMLIN NICKS WELLS &
TOWNSEND ADVERTISING, INC.,

**Defendant.**

_____

# JUDGMENT

Plaintiff is awarded treble damages in the amount of $4,830,000.00 (damages in the

amount of $1,610,000.00 multiplied by three to represent a treble award). Plaintiff is further

awarded attorney fees and costs in the amount of $29,725.83 ($29,049.50 in fees and $676.33

in costs). This action is dismissed.

Dated: November _/2_, 2009.

_____
**United States District Judge**

**JUDGMENT**                                    **DOCUMENT NO: _____**